**FILED**
Jan 17, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.   CR NO: 2:23-CR-00271-DC

**ANGEL ANTHONY ESPARZA**

    Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: ANGEL ANTHONY ESPARZA
Detained at: Kern Valley State Prison
Detainee is:   a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
    charging detainee with: 18 U.S.C. § 1962 – racketeering conspiracy
or   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.) ☐ return to the custody of detaining facility upon termination of proceedings
or   b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ *Robert C. Abendroth*
Printed Name & Phone No: Robert C. Abendroth, (916) 554-2766
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: January 17, 2025

/s/ Carolyn K. Delaney
Honorable Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | ☒ Male ☐ Female | |
| Booking or CDC #: | AW0512 | DOB: | 01/01/1984 |
| Facility Address: | 3000 West Cecil Avenue, Delano, CA | Race: | Hispanic |
| Facility Phone: | (661) 721-6300 | FBI#: | |
| Currently Incarcerated | Yes – CSP Kern Valley | | |

## RETURN OF SERVICE

Executed on: _____      _____
    (signature)